UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| DEBORAH KAYE FOSTER, | : | Case No. 3:20-cv-325 |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | Magistrate Judge Peter B. Silvain, Jr. |
| | : | (by full consent of the parties) |
| | : | |
| COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | : | |
| | : | |
| | : | |
| Defendant. | : | |

# DECISION AND ENTRY

This case is before the Court upon Plaintiff's Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. §2412 (Doc. #17) and Affidavit in Support (Doc. #18). The Commissioner has neither responded to nor opposed this Motion.

Plaintiff seeks an award of attorney fees under the EAJA in the amount of $4,241.75 and an award of costs in the amount of $400.00. In the absence of opposition by the Commissioner, Plaintiff's Motion and supporting documents establish that she is entitled to an award of attorney fees under the EAJA in the total amount $4,641.75 seeks. The attorney fees awarded under the EAJA belong to Plaintiff and are subject to administrative "offset if [she] has outstanding federal debts." *Astrue v. Ratliff*, 560 U.S. 586, 594 (2010).

**IT IS THEREFORE ORDERED THAT:**

1. Plaintiff's Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412 (Doc. #17) is GRANTED;

2. The Commissioner shall pay Plaintiff's attorney fees and costs under the EAJA in the total amount of $4,641.75;

3. The Commissioner shall verify, **within thirty days of this Decision and Entry,** whether or not Plaintiff owes a pre-existing debt to the United States

subject to offset. If no such pre-existing debt exists, Defendant shall pay the EAJA award directly to Plaintiff's counsel; and

4. The case remains terminated on the docket of this Court.

**IT IS SO ORDERED.**

April 14, 2023

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge